# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 2, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

138959 & (132)
138969

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

                              SC: 138959
                              COA: 269505
TOD KEVIN HOUTHOOFD a/k/a TODD     Saginaw CC: 02-021097-FH
KEVIN HOUTHOOFD,                          04-024765-FH
      Defendant-Appellee.                 05-025865-FH
_____/

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                              SC: 138969
                              COA: 269505
TOD KEVIN HOUTHOOFD a/k/a TODD     Saginaw CC: 02-021097-FH
KEVIN HOUTHOOFD,                          04-024765-FH
      Defendant-Appellant.              05-025865-FH
_____/

## AMENDMENT TO ORDER:

On order of the Court, this Court's September 11, 2009 order is amended so that the penultimate sentence reads as follows:

> The parties shall include among the issues to be briefed whether venue was properly laid in Saginaw County with respect to the defendant's solicitation to commit murder and witness intimidation charges, whether the defendant is entitled to retrial on the false pretenses and witness intimidation charges in the event that his conviction for solicitation to commit murder is not reinstated, and the relevance, if any of the defendant's statement to the trial court, over his counsel's objection, that he wanted the cases tried together.

The motion for clarification is DENIED as moot.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 2, 2009

_____
                    Clerk

0929